**Transferred case has been opened**
cmecfadmin    to: InterdistrictTransfer_ded                          03/28/2013 02:50 PM

From:       cmecfadmin@mied.uscourts.gov
To:         InterdistrictTransfer_ded@ded.uscourts.gov


```
CASE: 1:11-cv-00925

DETAILS: Case transferred from Delaware
has been opened in Eastern District of Michigan
as case 2:13-cv-11386, filed 03/28/2013.
```